UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH JONES, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. |
| | ) |
| AMERISTAR CASINO EAST CHICAGO, LLC, | ) |
| an Indiana Domestic Limited Liability | ) |
| Company (LLC), | ) |
| Defendant. | ) |

## **COMPLAINT**

NOW COMES plaintiff, KENNETH JONES, by and through his attorney Brian R. Porter, and complains against defendant AMERISTAR CASINO EAST CHICAGO, LLC as follows:

1. That plaintiff KENNETH JONES is a resident of the city of Desoto, state of Texas.

2. That plaintiff JONES regularly visits the city of Chicago, state of Illinois, and learned of defendant AMERISTAR CASINO EAST CHICAGO, LLC through advertisements and marketing said defendant distributes and broadcasts to persons in the city of Chicago, state of Illinois.

3. That at all times complained-of herein, defendant AMERISTAR CASINO EAST CHICAGO, LLC (hereinafter referred to as "AMERISTAR"), was and is registered with the Indiana Secretary of State as an Indiana Domestic Limited Liability Company.

4. That defendant AMERISTAR is, and has been engaged in systematic and continuous activity in the state of Illinois with an long-standing and ongoing

1

advertising campaign as the most convenient gambling option for Chicago residents, that it is only 20 minutes from "the loop" in downtown Chicago, and even providing free shuttle service for Illinois residents to its facility in East Chicago.

5. That defendant AMERISTAR's aforementioned systematic and continuous activity in Chicago Illinois, and its purposeful availment to persons in Chicago Illinois, establish ample sufficient minimum contacts that defendant AMERISTAR knew or reasonably anticipated that its activities could give rise to a cause of action in Illinois which would hale it into a court in said forum.

6. That based upon the foregoing, jurisdiction and venue are properly vested in this District Court under 28 U.S.C. § 1332.

7. On September 3, 2013, after viewing advertising from AMERISTAR on local Chicago television and hearing advertisements on local Chicago radio, plaintiff JONES visited defendant AMERISTAR's gaming casino located in East Chicago, Indiana.

8. At said date and place, plaintiff JONES was acting with all due care and caution for his own safety while playing a slot machine.

9. At said date and place, without warning, the large and heavy front housing of said slot machine fell forward with great force and velocity, and struck plaintiff JONES in his knees and legs causing great pain throughout his legs, as well as his lower back, as he violently jerked in reaction.

10. That at said date and place, defendant AMERISTAR owed a duty to maintain its equipment, gaming, and slot machines in a non-negligent manner

which would not injure its patrons exercising due care and caution for their own safety , including plaintiff JONES herein.

11.   That in breach of said duty, defendant AMERSTAR failed to maintain the slot machine used by defendant JONES in a non-negligent manner.

12.   That as a direct and proximate result of defendant AMERISTAR's aforementioned negligent breach of duty, plaintiff JONES suffered serious and permanent injury to his legs requiring ongoing medical treatment and the expenses associated therewith, as well as ongoing pain and suffering.

WHEREFORE plaintiff JONES prays for relief from defendant AMERISTAR's aforementioned negligent breach of duty, and seeks judgment against defendant AMERISTAR, and damages in excess of $75,000.00 for pain and suffering, medical costs, court costs and attorneys' fees, and all other costs deemed appropriate by this Honorable Court.

Respectfully Submitted,

|  |  |
|---|---|
|  | /s/ Brian R. Porter |
| Mailing Address: | P.O. Box 8527 |
|  | Chicago, IL 60680-8527 |
| Phone: | (773) 209-6890 |
| Fax: | (312) 275-2270 |
| E-mail: | brplaw@aol.com |
| Illinois Attorney # | 6231208 |